|   |   |
|---|---|
| JACOB BERNARD RUSSELL SORENSON and BERNARD SORENSON, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:17-CV-01987-JAM-AC <br><br> **RELATED CASE ORDER** <br> **Related to Nos.:** <br> 2:17-CV-02078 JAM-AC <br> 1:17-CV-01317 JAM-AC <br> 2:17-CV-02006 JAM-AC <br> 2:17-CV-02051 JAM-AC <br> 2:17-CV-02053 JAM-AC <br> 2:17-CV-02079 JAM-AC <br> 2:17-CV-02092 JAM-AC |
| AMANDA MARQUEZ, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:17-CV-02140 KJM-CKD |
| BRUCE GLASSFORD, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, and DOES 1-10, inclusive, <br><br> Defendant. | Case No. 2:17-CV-02145 KJM-CKD |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 1 | CHRISTINA RERICH, ) | |
| 2 | ) Plaintiff, ) | |
| 3 | v. ) | Case No. 2:17-CV-02147 TLN-CMK |
| 4 | FORD MOTOR COMPANY, and DOES 1-10, ) inclusive, ) | |
| 5 | ) Defendants. ) | |
| 6 | MEGAN DOLAN, ) ) | |
| 7 | Plaintiff, ) ) | Case No. 2:17-CV-02148 KJM-GGH |
| 8 | v. ) ) | |
| 9 | FORD MOTOR COMPANY, and DOES 1-10, ) inclusive, ) | |
| 10 | ) Defendants. ) | |
| 11 | CANDACE REYES, ) ) | |
| 12 | Plaintiff, ) ) | Case No. 2:17-CV-02151 MCE-DB |
| 13 | v. ) ) | |
| 14 | FORD MOTOR COMPANY, and DOES 1-10, ) inclusive, ) | |
| 15 | ) Defendants. ) | |
| 16 | JANCE NACUA and GENESIS NACUAs, ) ) | Case No. 2:17-cv-02153 JAM-KJN |
| 17 | Plaintiffs, ) ) | |
| 18 | v. ) ) | |
| 19 | FORD MOTOR COMPANY, and DOES 1-10, ) inclusive, ) | |
| 20 | ) Defendants. ) | |
| 21 | MICHELLE MARTIN and ANTONE MARTIN, ) ) | Case No. 2:17-CV-02158 TLN-CMK |
| 22 | Plaintiffs, ) ) | |
| 23 | v. ) ) | |
| 24 | FORD MOTOR COMPANY, and DOES 1-10, ) inclusive, ) | |
| 25 | ) Defendants. ) | |
| 26 | | |

27   Examination of the above-entitled actions reveals that these
28 actions are related within the meaning of Local Rule 123 (E.D. Cal.

1 | 2005). Accordingly, the assignment of the matters to the same judge
2 | and magistrate judge is likely to affect a substantial savings of
3 | judicial effort and is also likely to be convenient for the
4 | parties.

5 | The parties should be aware that relating the cases under
6 | Local Rule 123 merely has the result that these actions are
7 | assigned to the same judge and magistrate judge; no consolidation
8 | of the actions is effected.  Under the regular practice of this
9 | court, related cases are generally assigned to the judge and
10 | magistrate judge to whom the first filed action was assigned.

11 | IT IS THEREFORE ORDERED that the actions denominated
12 | 2:17-CV-02140 KJM-CKD, 2:17-CV-02145 KJM-CKD, 2:17-CV-02147 TLN-
13 | CMK, 2:17-CV-02148 KJM-GGH, Case No. 2:17-CV-02151 MCE-DB, 2:17-cv-
14 | 02153 JAM-KJN, and 2:17-CV-02158 TLN-CMK be reassigned to Judge
15 | John A. Mendez and Magistrate Judge Allison Claire for all further
16 | proceedings, and any dates currently set in this reassigned case
17 | only are hereby VACATED.  Henceforth, the caption on documents
18 | filed in the reassigned cases shall be shown as 2:17-CV-02140 JAM-
19 | AC, 2:17-CV-02145 JAM-AC, 2:17-CV-02147 JAM-AC, 2:17-CV-02148 JAM-
20 | AC, 2:17-CV-02151 JAM-AC, 2:17-cv-02153 JAM-AC, and 2:17-CV-02158
21 | JAM-AC.

22 | IT IS FURTHER ORDERED that the Clerk of the Court make
23 | appropriate adjustment in the assignment of civil cases to
24 | compensate for this reassignment.

25 | IT IS SO ORDERED.

26 | Dated:  October 31, 2017        /s/ John A. Mendez_____
                                     JOHN A. MENDEZ
27 |                                 United States District Court Judge